Andrew D. Wright, #8857
Jeremy G. Knight, #10722
STRONG & HANNI, P.C.
9350 South 150 East, Suite 820
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
jknight@strongandhanni.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH - NORTHERN DIVISION

| | |
|---|---|
| JOHN MICHAEL HOWARD, an individual, and KIMBERLY ANN HOWARD, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | **STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF THE PLAINTIFFS' COMPLAINT**<br><br>Case No.: 1:22-cv-00099-DAO<br><br>Judge Daphne A. Oberg |

## STIPULATION AND JOINT MOTION

Plaintiffs John Michael Howard and Kimberly Ann Howard, by and through counsel, and Defendant, by and through counsel, stipulate that Plaintiffs' Complaint and all claims contained therein, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and that said Complaint and all such claims may be dismissed, with prejudice, on the merits, the parties to bear their own respective costs and fees.

The parties through counsel, jointly move the court for an order pursuant hereto.

DATED this 9th day of August 2023.

        STRONG & HANNI

        */S/ Jeremy G. Knight*
        Andrew D. Wright
        Jeremy G. Knight
        *Attorneys for Defendant*

DATED this 9th day of August 2023.

        MATTHEWS LAW GROUP

        */S/ Brent J. Matthews w/ permission*
        Brent J. Matthews
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, a true and correct copy of the foregoing **STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF THE PLAINTIFFS' COMPLAINT** was served by the method indicated below, to the following:

| | |
|---|---|
| Brent J. Matthew | [ ] U.S. Mail, Postage Prepaid |
| MATTHEWS LAW GROUP | [ ] Hand Delivered |
| 189 South Street #232 | [ ] Email |
| Clearfield, Utah 84015 | [ ] Facsimile |
| brent@bmatthewslaw.com | [X] CM/ECF |
| *Attorneys for Plaintiff* | |

/s/ Sandy Leatherbury